No. 78–1438.   ILLINOIS OFFICE OF EDUCATION *v.* JENNINGS. C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE POWELL would grant certiorari.

No. 78–1466.   PLY*GEM INDUSTRIES, INC., ET AL. *v.* JOHN M. LEE, INC., ET AL.   C. A. D. C. Cir.   Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 78–6140.   MORGAN *v.* GEORGIA.   Sup. Ct. Ga.   Certiorari denied.   MR. JUSTICE MARSHALL would grant certiorari and set the case for oral argument.

MR. JUSTICE BRENNAN, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227 (1976), I would grant certiorari and vacate the death sentence in this case.

No. 78–6223.   VON BYRD *v.* TEXAS.   Ct. Crim. App. Tex.; No. 78–6275.   BERRYHILL *v.* ZANT, WARDEN.   Sup. Ct. Ga.; No. 78–6310.   SMITH *v.* VIRGINIA.   Sup. Ct. Va.; and No. 78–6443.   GOODE *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.